UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| ELI LILLY AND COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:08-cv-1547-WTL-TAB |
| | ) |
| WOCKHARDT LTD. and | ) |
| WOCKHARDT USA, LLC., | ) |
| | ) |
| Defendants. | ) |

### ORDER ON LILLY'S UNOPPOSED MOTION TO CONSOLIDATE RELATED CASES

Upon review of Lilly's Unopposed Motion To Consolidate, and being duly advised, it is hereby ORDERED that Lilly's motion is GRANTED and that the following matters are consolidated herewith:

> Eli Lilly and Company v. Sandoz, Inc. (Case No. 08-CV-1548-LJM-JMS, filed November 14, 2008);
>
> Eli Lilly and Company v. Impax Laboratories, Inc. (Case No. 08-CV-1549-WTL-TAB, filed November 14, 2008);
>
> Eli Lilly and Company v. Cobalt Laboratories, Inc. (Case No. 08-CV-1550-LJM-TAB, filed November 14, 2008);
>
> Eli Lilly and Company v. Actavis Elizabeth LLC (Case No. 08-CV-1559-SEB-TAB, filed November 18, 2008);
>
> Eli Lilly and Company v. Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc. (Case No. 08-CV-1595-RLY-JMS, filed November 24, 2008);
>
> Eli Lilly and Company v. Lupin Ltd. and Lupin Pharmaceuticals, Inc. (Case No. 08-CV-1596-LJM-JMS, filed November 24, 2008); and
>
> Eli Lilly and Company v. Sun Pharmaceutical Industries Ltd. and Sun Pharma Global, Inc. (Case No. 08-CV-1629-LJM-DML, filed December 4, 2008).

The Clerk shall now administratively close the files for the above-listed cases, and the parties are directed to file any future documents under the caption *Eli Lilly and Company v. Wockhardt Ltd. and Wockhardt USA, LLC* (Case No. 08-CV-1547-WTL-TAB, filed November 14, 2008).

IT IS SO ORDERED THIS <u>18th</u> day of FEBRUARY, 2009

_William T. Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Jan M. Carroll
BARNES & THORNBURG
jan.carroll@btlaw.com

Charles E. Lipsey
Howard W. Levine
Sanya Sukduang
Justin J. Hasford
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP
charles.lipsey@finnegan.com
howard.levine@finnegan.com
sanya.sukduang@finnegan.com
justin.hasford@finnegan.com

James W. Riley, Jr.
RILEY BENNETT & EGLOFF, LLP
jriley@rbelaw.com

Thomas J. Filarski
Meredith Martin Addy
Laura A. Lydigsen
BRINKS HOFER GILSON & LIONE
tfilarski@usebrinks.com
maddy@usebrinks.com
llydigsen@usebrinks.com

Sanders N. Hillis
BRINKS HOFER GILSON & LIONE
shillis@usebrinks.com

Joel E. Tragesser
James Dimos
FROST BROWN TODD LLC
jtragesser@fbtlaw.com
jdimos@fbtlaw.com

Roger J. Chin
Ron E. Shulman
Jennifer Koh
WILSON SONSINI GOODRICH &
ROSATI, P.C.
rchin@wsgr.com
rshulman@wsgr.com
jkoh@wsgr.com

John D. Nell
Maureen E. Ward
WOODEN & McLAUGHLIN LLP
jnell@woodmclaw.com
mward@woodmclaw.com

E. Anthony Figg
Glenn E. Karta
Joseph A. Hynds
Lisa N. Phillips
Rothwell, Figg, Ernst & Manbeck, P.C.
efigg@rfem.com
gkarta@rfem.com
jhynds@rfem.com
lphillips@rfem.com

Kandi Kilkelly Hidde
BINGHAM McHALE LLP
khidde@binghammchale.com

Sally Franklin Zweig
Offer Korin
Linda L. Vitone
KATZ & KORIN, P.C.
szweig@katzkorin.com
okorin@katzkorin.com
lvitone@katzkorin.com

Christine J. Siwik
William A. Rakoczy
Alice L. Riechers
Brian A. Garcia
Anuj K. Wadhwa
RAKOCZY MOLINO MAZZOCHI SIWIK, LLP
csiwik@rmmslegal.com
wrakoczy@rmmslegal.com
ariechers@rmmslegal.com
bgarcia@rmmslegal.com
awadhwa@rmmslegal.com

Richard N. Bell
Kelley J. Johnson
COHEN & MALAD, LLP
rbell@cohenandmalad.com
 kjohnson@cohenandmalad.com

2